UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOSH P. BECKER, *et. al.*,<br><br>　　　　　Defendants. | Case No. 4:12-cr-00180-BLW<br><br>**ORDER** |

The Court has before it Defendant's Motion for Withdrawal of Defendant's Motion for bill of Particulars and Motion for Release of Grand Jury Transcript (dkt. 71). Good cause appearing, the Court will grant the motion.

**IT IS ORDERED:**

1. Defendant's Motion for Withdrawal of Defendant's Motion for bill of Particulars and Motion for Release of Grand Jury Transcript (dkt. 71) is **GRANTED**.

2. Defendant's Motion for Bill of Particulars (Dkt. 37) and Motion ot Unseal Grand Jury Transcript (Dkt. 41) are **WITHDRAWN**.

　　　　　　　　　　　　　　DATED: **October 24, 2012**

　　　　　　　　　　　　　　B. LYNN WINMILL
　　　　　　　　　　　　　　Chief U.S. District Court Judge