UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>STEPHANIE NAGEL,<br><br>                Defendant. | Case No. 1:12-cr-00180-BLW<br><br>**ORDER** |

**ORDER**

**IT IS ORDERED:**

1. Plaintiff's Motion to Dismiss (Dkt. 120) is **GRANTED**. The charges against Stephanie Nagel are dismissed without prejudice.

DATED: **June 10, 2013**

B. LYNN WINMILL
Chief U.S. District Court Judge