IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| UNITED STATES OF AMERICA, | Case No. 4:12-cr-00180-BLW |
|---|---|
| Plaintiff, | |
| vs. | **ORDER FOR INTERLOCUTORY SALE OF PROPERTY** |
| ALLEN W. NAGEL, et al., | |
| Defendant. | |

Based upon the Stipulation for Interlocutory Sale of Property of the United States of America, Allen W. Nagel, Stephanie D. Nagel, and Tracy L'Herisson dated August 5, 2013 (Dkt No. 158), and for good cause shown,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. The Stipulation for Interlocutory Sale of Property for sale of the property set forth therein is hereby <u>APPROVED</u> and <u>GRANTED</u>.

2. The sale of the real property commonly known as 1440 Blue Lakes Blvd., Twin Falls, Twin Falls County, Idaho (Tax Parcel RPT4281001001AA), including improvements and fixtures thereon and appurtenances thereto, which real property is referred to hereafter as "the Subject Property," and is more particularly described as follows:

    > LOTS 1 AND 2 AND THE WEST 12 FEET OF LOT 3 IN BLOCK 1 OF PHEASANT ACRES SUBDIVISION, ACCORDING TO THE OFFICIAL PLAT THEREOF, FILED IN BOOK 7 OF PLATS AT PAGE(S) 39, OFFICIAL RECORDS OF TWIN FALLS COUNTY, IDAHO

    is hereby ordered, said sale to be in accordance with the terms set forth in the Stipulation for Interlocutory Sale of Property.

3. At closing of such sale pursuant to the Stipulation for Interlocutory Sale of Property, and expressly contingent upon the payment of $4,500.00 in full to the United States as set forth therein, the buyer will take title to the Subject Property free and clear of any forfeiture interest of the United States.

4. The parties shall bear their own costs and fees herein.

DATED: August 6, 2013

_____
B. Lynn Winmill
Chief Judge
United States District Court